Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Employer appeals the Commission's decision awarding workers' compensation benefits to Claimant. We affirm. We find the Commission's decision is supported by competent and substantial evidence on the whole record. Rule 84.16(b)(4). We further find no error of law appears. Rule 84.16(b)(5). An opinion in this case would have no precedential value; therefore, we affirm by written order. A memorandum has been issued to the parties for their use only.

(Commission) affirming the award of an Administrative Law Judge (ALJ) under the Workers' Compensation Act.

The ALJ found that appellant does not suffer from an occupational disease as a result of his exposure to substances while in the employ of respondent Western Lithotech in that he has suffered no disability resulting in anxiety and depression. The Commission affirmed the ALJ's award.

The Commission's decision is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).

**Allen R. ETHRIDGE, Appellant,**

v.

**WESTERN LITHOTECH, et al., Respondents.**

No. 65178.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 28, 1994.

Carla G. McBride, St. Louis, for appellant.

Edward M. Vokoun, St. Louis, for respondent.

Before SIMON, P.J., and PUDLOWSKI and CRAHAN, JJ.

### ORDER

PER CURIAM.

This is an appeal from an award of the Labor and Industrial Relations Commission

**Gerry S. ENGER, Plaintiff–Respondent,**

v.

**Daniel LUEPKE, d/b/a Mid–America Outdoorsman Association, Defendant/Appellant.**

No. 64817.

Missouri Court of Appeals,
Eastern District,
Division Five.

June 28, 1994.

Henry F. Luepke, St. Louis, for appellant.

Gerry S. Enger, pro se.

Before GARY M. GAERTNER, C.J., and PUDLOWSKI and SIMON, JJ.

### ORDER

PER CURIAM.

Appellant, Daniel Luepke, appeals from an order entered in the Circuit Court of the County of St. Charles requiring him to refund $300.00 to respondent, Gerry S. Enger,